

1  NICHOLAS J. SANTORO, ESQ.
   Nevada Bar No. 532
2  OLIVER J. PANCHERI, ESQ.
   Nevada Bar No. 7476
3  DONNA M. WITTIG, ESQ.
   Nevada Bar No. 11015
4  SANTORO, DRIGGS, WALCH,
   KEARNEY, HOLLEY & THOMPSON
5  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101

6
   JOSHUA E. DUBIN, ESQ.
7  Florida Bar No. 488658
   JOSHUA E. DUBIN, ESQ., P.A.
8  1481 N.W. 93rd Terrace
   Plantation, Florida 33322
9  *Admitted Pro Hac Vice*

10 *Attorneys for Plaintiff/Counterdefendant James Prince*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| JAMES PRINCE, | CASE NO.:   2:09-cv-01503-GMN-LRL |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL REMAINING CLAIMS AND COUNTERCLAIMS BETWEEN DEFENDANT/COUNTER-CLAIMANT MIKE CRISCIO, JR. AND PLAINTIFF/COUNTERDEFENDANT JAMES PRINCE** |
| v. | |
| CHADWICK DAWSON and MIKE CRISCIO, JR., | |
| Defendants. | |
| AND RELATED CLAIMS.   wit | |

Plaintiff/Counterdefendant JAMES PRINCE ("Plaintiff") and Defendant/Counter-claimant MIKE CRISCIO, JR. ("Criscio"), by and through their respective undersigned counsel of record, enter into this stipulation for dismissal *with prejudice* of (1) all claims asserted by Plaintiff against Criscio, and (2) all counterclaims asserted by Criscio against Plaintiff.

Trial is currently set on the Court's June 28, 2011 trial stack.  The trial date and related

/ /

/ /

/ /

/ /

- 1 -

08410-01/707345

1  dates, including the Settlement Conference scheduled for May 19, 2011 should be vacated.

2  Dated this 17th day of March, 2011.

| **SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON** | **LAW OFFICES OF MARC RISMAN** |
|---|---|
| //s// Oliver J. Pancheri<br>NICHOLAS J. SANTORO, ESQ.<br>Nevada Bar No. 532<br>nsantoro@nevadafirm.com<br>OLIVER J. PANCHERI, ESQ.<br>Nevada Bar No. 7476<br>opancheri@nevadafirm.com<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>dwittig@nevadafirm.com<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone:    702/791-0308<br><br>JOSHUA E. DUBIN, ESQ.<br>Florida Bar No. 488658<br>dubin.joshua@gmail.com<br>JOSHUA E. DUBIN, ESQ., P.A.<br>1481 N.W. 93rd Terrace<br>Plantation, Florida 33322<br>Telephone:    917/523-0124<br>*Admitted Pro Hac Vice*<br><br>*Attorneys for Plaintiff/Counterdefendant James Prince* | //Marc D. Risman<br>MARC D. RISMAN, ESQ.<br>Nevada Bar No. 2455<br>marcrisman@calneva-law.com<br>10120 South Eastern Avenue, Suite 200<br>Henderson, Nevada 89052<br>Telephone:    702/388-8100<br><br>*Attorneys for Defendant/Counterclaimant Mike Criscio, Jr.* |

## ORDER

**IT IS SO ORDERED** this 18th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge